# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BARTA LAND CO., LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:03CV478** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF RECLAMATION,** | ) ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Motion for Substitution of Parties (Filing No. 79) filed by R. Keith Christensen and Marian I. Christensen, the original plaintiffs in this case. On August 12, 2005, counsel for the original plaintiffs filed proof of service on Barta Land Co., LLC and evidence of the April 22, 2005 transfer from R. Keith Christensen and Marian I. Christensen to Barta Land Co., LLC (Filing No. 88). Such filing complies with the Court's August 8, 2005 Order. The Court finds R. Keith Christensen and Marian I. Christensen no longer have an interest in the present litigation. Furthermore, Barta Land Co., LLC filed an Acknowledgment of Service and Voluntary Appearance in this case (Filing No. 89). Upon consideration,

**IT IS ORDERED:**

1. The Motion for Substitution of Parties (Filing No. 79) filed by R. Keith Christensen and Marian I. Christensen is granted.

2. The Clerk of Court shall substitute Barta Land Co., LLC as the party plaintiff in this matter and designate the case caption as it appears on this order.

Dated this 15th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge